UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAYNA RICE et al.,

Plaintiffs,

Civil Case No.
23-11726

v.

HON. MARK A. GOLDSMITH

MORTGAGEPROS, LLC,

Defendant.
______________________________/

**ORDER DENYING MOTION TO DISMISS AND/OR STRIKE (Dkt. 10) WITHOUT PREJUDICE**

Defendant MortgagePros, LLC filed a motion to dismiss in the above-captioned action on September 13, 2023 (Dkt. 10). The motion reaised a purported insufficiency of the pleadings under Federal Rule of Civil Procedure 8 and Ashcroft v. Iqbal, 556 U.S. 662 (2009).

The Court issued an Order allowing Plaintiff to file an amended complaint in light of the Defendant's motion. See 9/13/2023 Order (Dkt. 12). Without expressing any view of the merits of the motion to dismiss, the Court stated that "[i]f Plaintiffs timely file an amended complaint, the Court will deny without prejudice the currently pending motion to dismiss as moot." Id. at 2.

On October 4, 2023, Plaintiffs timely filed an amended complaint (Dkt. 13). Accordingly, the Court denies without prejudice Defendant's motion to dismiss (Dkts. 10). Defendant shall file its response to the amended complaint on or before October 19, 2023. If any Defendant files a motion in response to the amended complaint, the briefing schedule set forth in Local Rule 7.1(e)

shall apply.

SO ORDERED.

Dated: October 6, 2023
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge