**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **DAYNA RICE**, individually, **LYNDSEE MILLER**, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>**MORTGAGEPROS, LLC**, a Michigan company,<br><br>Defendant. | Case 2:23-cv-11726-MAG-DRG<br><br>Hon. Mark A. Goldsmith<br>Mag. Judge David R. Grand |

**<u>DECLARATION OF GEORGE ABRO</u>**

I, George Abro, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am over 18 years of age. Unless otherwise stated, the information set forth herein and below is true and correct, is based on my own personal knowledge, and if asked to testify thereto, I could and would do so competently.

2. I am the Managing Partner of Mortgage Pros, LLC ("MortgagePros"). I have held this position since 2019.

3. In my professional capacity, I am familiar with MortgagePros' business operations, policies, and practices, including but not limited to with respect to outbound communications to consumers. I am also familiar with how those communications are made. Further, I am familiar with MortgagePros' business records and records-keeping procedures.

4. The records described in this declaration are regularly kept and/or

maintained in the ordinary course of business at MortgagePros, were made near or at the time of the act or event recorded or reasonably soon thereafter, and were made or maintained by an employee, agent, or other representative of MortgagePros.

5. I have also reviewed the "First Amended Class Action Complaint" ("Complaint") filed by Plaintiffs Dana Rice and Lyndsee Miller in this matter, and am familiar with the allegations therein. This declaration is being submitted in support of MortgagePros' motion to dismiss the Complaint, filed herewith.

6. I understand, from my review of the Complaint, that Plaintiff Lyndsee Miller is alleging that MortgagePros called her cell phone number ending in 8011.[1] In this regard, MortgagePros' business records were searched at my direction for purposes of this declaration, and no records of any calls being made to that number were located, including for the dates alleged in the Complaint. MortgagePros also did not hire or authorize any third parties to place calls to that number.

7. Nothing in this declaration should be understood as an admission of liability by MortgagePros, or a concession as to any facts alleged in the Complaint.

I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct to the best of my knowledge and belief.

---

[1] In addition to checking those specific digits provided in the Complaint, the complete phone number, which I understand belongs to or is otherwise associated with Lyndsee Miller based on publicly available records, was checked. For privacy reasons, the full number is not provided here, but it can be provided upon request.

Executed on November 1, 2023, in Troy, Michigan

By: ______________________
George Abro