UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAYNA RICE et al.,

      Plaintiffs,        Case No. 23-cv-11726

v        HON. MARK A. GOLDSMITH

MORTGAGEPROS, LLC,

      Defendant.

_____/

**ORDER OF DISMISSAL**

On January 4, 2024, Plaintiffs Dayna Rice and Lyndsee Miller filed a notice of dismissal with the Court (Dkt. 21). Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that a "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Rule 41 also states that "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B). Because Defendant has not yet served an answer or motion for summary judgment, and because the notice of dismissal states that the dismissal is with prejudice as to Plaintiffs Rice and Miller and without prejudice as to members of the putative class, the Court hereby orders the instant action dismissed with prejudice as to Plaintiffs Rice and Miller and without prejudice to the putative class members.

      SO ORDERED.

Dated: January 9, 2024        s/Mark A. Goldsmith
      Detroit, Michigan        MARK A. GOLDSMITH
                                                   United States District Judge